**Order filed December 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00532-CV
_____

**PEGGIE STOKES, PEGI JOHNSON, TONIECE WHITE, MADDISON WHITE, Appellants**

**V.**

**STAR REALTY INC., ALAN GIRARD, AND MUZA GARARD, Appellees**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2017-19064**

---

## O R D E R

Appellants' brief was due November 19, 2018**.** No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **January 3, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM